# UNITED STATES DISTRICT COURT

DISTRICT OF   CONNECTICUT

DAVID TABORDA

V.    **APPEARANCE**

UNITED STATES OF AMERICA

DOCKET NUMBER: 3:03-CV-02024 (SRU)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

| | |
|---|---|
| MAY 27, 2005 | /S/ |
| DATED | SIGNATURE |
| | PAUL A. MURPHY |
| | PRINT NAME |
| | ASSISTANT UNITED STATES ATTORNEY |
| | ct 26654 |
| | FEDERAL BAR NUMBER |
| | United States Attorney's Office |
| | 915 Lafayette Boulevard Room 309 |
| | ADDRESS |
| | Bridgeport, Connecticut   06604 |
| | CITY   STATE   ZIP CODE |
| | 203-696-3000 |
| | PHONE NUMBER |

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to the following this 27th day of May 2005:

David Taborda
#14495-014
FMC Devens
Federal Medical Center
H-B
Box 879
Ayer, MA 01432


/S/_____
PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY